1  **KRUTCIK & GEORGGIN**
   A. Nicholas Georggin, Esq. (SBN 170925)
2  Carmine J. Pearl, II, Esq. (SBN 217389)
   26021 Acero
3  Mission Viejo, CA 92691
   (949) 367-8590;    (949) 367-8597 FAX
4  ngeorggin@kglawoffices.com; cjpearl@kglawoffices.com

5  Attorneys for Plaintiffs PAUL O'SULLIVAN, MARIE
   BROWN, KEO YANG, SARAH BARSOUM, SIRINE
6  DALLOUL, HALA HAWA, MONIR HAWA, CONSTANCE
   MARGERUM, DIANA BARLETT, YER VANG, and CHERIE
7  DAVIS, individually, and all those similarly situated,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL O'SULLIVAN, MARIE BROWN, KEO YANG, SARAH BARSOUM, SIRINE DALLOUL, HALA HAWA, MONIR HAWA, CONSTANCE MARGERUM, DIANA BARLETT, YER VANG, and CHERIE DAVIS, individually, and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND PARKING, INC., a Washington Corporation; DIAMOND PARKING SERVICES, LLC, a Washington Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO. C 07-03389 VRW<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL** |

Plaintiffs, PAUL O'SULLIVAN, MARIE BROWN, KEO YANG, SARAH BARSOUM, SIRINE DALLOUL, HALA HAWA, MONIR HAWA, CONSTANCE MARGERUM, DIANA BARLETT, YER VANG, and CHERIE DAVIS, individually, and on behalf of all those similarly situated, hereby demand trial by jury in the above-

///

///

1  referenced matter pursuant to Rule 38 of the Federal Rules of Civil Procedure.  This
2  demand for trial by jury does not waive Plaintiff's right to move to remand this matter to
3  a state court.
4  DATED:  July 2, 2007

**KRUTCIK & GEORGGIN**

By: /s/ A. Nicholas Georggin
A. Nicholas Georggin, Esq.
Carmine J. Pearl, II, Esq.
Attorneys for PLAINTIFFS

## PROOF OF SERVICE BY MAIL (1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 26021 Acero, Mission Viejo, California 92691.

On July ___, 2007, I served the foregoing document described as **PLAINTIFFS' DEMAND FOR JURY TRIAL** on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John P. LeCrone, Esq.                    Attorney for DIAMOND PARKING,
DAVIS WRIGHT TREMAINE, LLP               INC.
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
(213) 633-6800
(213) 633-6899 - FAX

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Mission Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 2, 2007 at Mission Viejo, California.

_____
Jennifer Allison