1  **KRUTCIK & GEORGGIN**
   James A. Krutcik, Esq.  (SBN 140550)
2  26021 Acero
   Mission Viejo, CA 92691
3  (949) 367-8590;     (949) 367-8597 FAX

4  jkrutcik@kglawoffices.com

5  Attorneys for Plaintiffs PAUL O'SULLIVAN,
   MARIE BROWN, KEO YANG, SARAH
6  BARSOUM, SIRINE DALLOUL, HALA HAWA,
   MONIR HAWA, CONSTANCE MARGERUM,
7  DIANA BARLETT, YER VANG, and CHERIE
   DAVIS, individually, and all those similarly
8  situated

9  **DAVIS WRIGHT TREMAINE LLP**
10 John P. LeCrone  (SBN 115875)
   865 S. Figueroa Street
11 Suite 2400
   Los Angeles, CA 90017-2566
12 (213) 633-6800;     (213) 633-6899 FAX

13 johnlecrone@dwt.com

14 Attorneys for Defendants DIAMOND PARKING,
15 INC. and DIAMOND PARKING SERVICES,
   LLC

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18 PAUL O'SULLIVAN, MARIE           ) Case No. C 07-03389 VRW
   BROWN, KEO YANG, SARAH           )
19 BARSOUM, SIRINE DALLOUL,         )
   HALA HAWA, MONIR HAWA,           ) **STIPULATION AND [PROPOSED]**
20 CONSTANCE MARGERUM, DIANA        ) **ORDER TO STAY ALL**
   BARLETT, YER VANG, and CHERIE    ) **PROCEEDINGS INCLUDING;**
21 DAVIS, individually, and all those ) **MOTION TO TRANSFER VENUE**
   similarly situated,              ) **AND FRCP RULE 26 DEADLINES;**
22                                  ) **DECLARATION OF JAMES A.**
                  Plaintiff,        ) **KRUTCIK**
23                                  )
       vs.                          )
24                                  )
   DIAMOND PARKING, INC. , a        )
25 Washington Corporation; DIAMOND  )
   PARKING SERVICES, LLC, a         )
26 Washington Limited Liability     )
   Company; and DOES 1 through 500, )
27 inclusive,                       )
                                    )
28             Defendants.          )

---
STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467016v1 0053052-000024

**WHEREAS**, on May 21, 2007, Paul O'Sullivan, Marie Brown, Keo Yang, Sarah Barsoum, Sirine Dalloul, Hala Hawa, Monir Hawa, Constance Margerum, Diana Barlett, Yer Vang, and Cherie Davis, individually and on behalf of all those similarly situated ("PLAINTIFFS") filed an action against Diamond Parking, Inc. and Diamond Parking Services, LLC ("DEFENDANTS") alleging various violations of California wage and hour law;

**WHEREAS,** on June 28, 2007, DEFENDANTS filed a Notice to Adverse Parties of Removal to Federal Court and the Removal was granted;

**WHEREAS,** on July 27, 2007, DIAMOND PARKING INC. filed a Motion to Transfer Venue pursuant to 28 U.S.A. 1404 (a), which Motion is set for hearing on September 6, 2007;

**WHEREAS**, the parties have agreed to mediation and informal exchange of discovery, and to stay the entire action, including the Motion to Transfer Venue, for a period of 90 days pending the outcome of efforts to mediate this matter;

**IT IS AGREED AND STIPULATED**, by and between PLAINTIFFS and DEFENDANTS, through their respective counsel of record, that all matters in this action be stayed for 120 days, including:

1. A stay of DEFENDANTS' Motion to Transfer Venue pursuant to 28 U.S.C. 1404(a), and a continuance of the hearing to a convenient date 90 days hence;
2. The deadline(s) under Federal Rule of Civil Procedure 26;
3. All formal discovery under Federal Rules of Civil Procedure, including depositions; and
4. Any Motion for Certification of Class Action.

///
///
///
///

1

STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467016v1 0053052-000024

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**IT IS SO STIPULATED.**

DATED: August 10, 2007  **KRUTCIK & GEORGGIN**

By: _____/S/_____
James A. Krutcik, Esq.
Attorneys for PLAINTIFF

DATED: August 10, 2007  **DAVIS WRIGHT TREMAINE LLP**

By: _____/S/_____
John P. LeCrone, Esq.
Attorneys for DEFENDANTS,
DIAMOND PARKING, INC. and
DIAMOND PARKING
SERVICES, LLC

**IT IS SO ORDERED**

DATED: _____   _____
UNITED STATES DISTRICT COURT
JUDGE

2
STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467016v1 0053052-000024

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF JAMES A. KRUTCIK IN SUPPORT OF STIPULATION TO STAY MOTION TO TRANSFER VENUE AND PENDING FRCP RULE 26 DEADLINES

I, James A. Krutcik, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and the United States District Court for the Northern, Central and Southern Districts of California. I am a partner in the law firm of Krutcik & Georggin, attorneys for Plaintiffs, Paul O'Sullivan, Marie Brown, Keo Yang, Sarah Barsoum, Sirine Dalloul, Hala Hawa, Monir Hawa, Constance Margerum, Diana Barlett, Yer Vang, and Cherie Davis. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. On May 21, 2007, Paul O'Sullivan, Marie Brown, Keo Yang, Sarah Barsoum, Sirine Dalloul, Hala Hawa, Monir Hawa, Constance Margerum, Diana Barlett, Yer Vang, and Cherie Davis, individually and on behalf of all those similarly situated ("PLAINTIFFS") filed an action against Diamond Parking, Inc. ("DEFENDANTS") alleging various violations of California wage and hour law by DIAMOND PARKING, INC.

3. On June 28, 2007 DEFENDANTS filed a Notice to Adverse Parties of Removal to Federal Court and the Removal was granted.

4. On July 27, 2007, DIAMOND PARKING INC. filed a Motion to Transfer Venue pursuant to 28 U.S.A. 1404 (a).

///
///
///
///
///
///

3
STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467016v1 0053052-000024

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. On August 2, 2007 the parties agreed to Stay all proceedings including the Motion to Transfer Venue; FRCP Rule 26 requirements; all formal discovery under the Federal Rules of Civil Procedure, including depositions; and any Motion for Certification of Class Action, pending the outcome of efforts to Mediate this matter.

Executed this 14th day of August, 2007 at Mission Viejo, California.

```
        _____/S/_____
              JAMES A. KRUTCIK, ESQ.
```

4

STIPULATION FOR A STAY OF ALL PROCEEDINGS
LAX 467016v1 0053052-000024

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899