IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL O' SULLIVAN, et al.,

        Plaintiffs,

  v.

DIAMOND PARKING INC., et al.,

        Defendants.
_____/

No. C 07-3389 VRW

**CLERK'S NOTICE**

(Plaintiff is directed to serve a copy, and file with the court proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement to September 25, 2008 at 2:30 P.M. Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: July 7, 2008

                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk

                                      By: *Cora Klein*
                                      Courtroom Deputy Clerk to
                                      Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov