IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL O'SULLIVAN, et al, | No   C 07-3389 VRW |
| Plaintiffs, | ORDER |
| v | |
| DIAMOND PARKING, INC, a Washington corporation; DIAMOND PARKING SERVICES, LLC, a Washington limited liability company; and DOES 1-50, inclusive, | |
| Defendants. | |

The parties to this wage and hour purported class action propose to settle this action for $856,000 less an estimated $354,300 in attorney fees, costs of suit and administration and class representative incentive awards. See Doc #11 at 14. Absent from the submissions in support of the proposed settlement is substantiation that would permit the court to perform a lodestar cross-check of the claimed attorney fees. See In Re HPL Technologies, Inc, Securities Litigation, 366 F Supp 2d 912 (ND Cal 2005)(Walker, J).

Plaintiffs' counsel are DIRECTED to submit, on or before September 19, 2008 at noon, a declaration stating: (1) the total hours spent by each plaintiffs' attorney who worked on this matter, (2) a general description of the work performed by each attorney, (3) the number of years each attorney has practiced law, (4) the location of each attorney's practice and (5) the hourly fee for each attorney.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge