JOHN P. LeCRONE (State Bar No. 115875)
  johnlecrone@dwt.com
CAMILO ECHAVARRIA (State Bar No. 192481)
  camiloechavarria@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
DIAMOND PARKING, INC. AND DIAMOND PARKING SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL O'SULLIVAN, MARIE BROWN, KEO YANG, SARAH BARSOUM, SIRINE DALLOUL, HALA HAWA, MONIR HAWA, CONSTANCE MARGERUM, DIANA BARLETT, YER VANG, and CHERIE DAVIS, individually, and all those similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DIAMOND PARKING, INC., a Washington Corporation; DIAMOND PARKING SERVICES, LLC, a Washington Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>            Defendants. | Case No. **C 07-3389 VRW**<br><br>**NOTICE OF APPEARANCE**<br><br>Assigned to the Hon. Vaughn R. Walker<br><br>Action Filed: May 21, 2007 |

NOTICE OF APPEARANCE
DWT 11832103v1 0053052-000029

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      YOU AND EACH OF YOU will please take notice that the defendants,

3  DIAMOND PARKING, INC. AND DIAMOND PARKING SERVICES, LLC,

4  hereby request that the the following counsel be added as counsel of record in the

5  above-entitled action and request that all further papers and pleadings, except

6  original process, be served upon the undersigned attorneys at the address below

7  stated.

8      ADDITIONAL COUNSEL:

9      Kathryn S. Rosen (SBN 236223)
    Davis Wright Tremaine, LLP
10     1201 Third Avenue
    Seattle, WA 98101-3045
11     Tel: (206) 622-3150
    Fax: (206) 757-7700
12     Email: katierosen@dwt.com

13

14 DATED: September 19, 2008    DAVIS WRIGHT TREMAINE LLP
    John P. LeCrone
15     Camilo Echavarria

16

17     By: _____/ John P. LeCrone /_____
    John P. LeCrone
18

19     Attorneys for Defendants
    DIAMOND PARKING, INC. and
20     DIAMOND PARKING SERVICES, LLC

21

22

23

24

25

26

27

28

---

1

NOTICE OF APPEARANCE
DWT 11832103v1 0053052-000029

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899