1

2                    IN THE UNITED STATES DISTRICT COURT

3                    THE NORTHERN DISTRICT OF CALIFORNIA

4                              OAKLAND DIVISION

5   PAUL O'SULLIVAN, MARIE BROWN,              )   Case No.  07-03389 VRW
    KEO YANG, SARAH BARSOUM,                   )
6   SIRINE DALLOUL, HALA HAWA,                 )
    MONIR HAWA, CONSTANCE                      )   **ORDER MODIFYING DATES IN NOTICE**
7   MARGERUM, DIANA BARTLETT, YER              )   **OF PROPOSED CLASS ACTION**
    VANG, and CHERIE DAVIS, individually,      )   **SETTLEMENT**
    and all those similarly situated,          )
8                                              )
                Plaintiffs,                    )   [Proposed]
9                                              )
             v.                                )
                                               )
10  DIAMOND PARKING INC., a Washington         )
    corporation; DIAMOND PARKING              )
11  SERVICES, LLC, a Washington Limited        )
    Liability Company; and DOES 1 through 500, )
12  inclusive,                                 )
                                               )
13              Defendants.                    )
                                               )

14

15      This matter came before the Court on the parties' Joint Stipulation to Modify Dates in

16  the Proposed Notice of Class Action Settlement, together with its supporting declarations and

    exhibits.  The Court, having considered the same and being fully advised, finds that the parties'

17  motion should be granted.

18      Having so found and in consideration of the equities, it is hereby ORDERED:

19  The deadlines listed in the Notice of Proposed Class Action Settlement shall be modified as

20  follows:

21      •       April 16, 2009:          The last date to mail your Claim Form if you are
                                         willing to be bound by the settlement and want to
22                                       receive your share of the settlement money.

23

ORDER MODIFYING DATES - 1

DWT 12426161v1 0053052-000029

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   • April 16, 2009:     The last date to mail your written request to be
                          excluded from the settlement if you are not willing to
2                         be bound by the settlement and do not want to receive
3                         any money.

    • April 16, 2009:     The last date to mail any written objection to the
4                         settlement.

5   • May 28, 2009:       The hearing on any objections and to give final
                          approval to the settlement.
6

7   IT IS SO ORDERED.

8   DONE IN OPEN COURT this __6th__ day of ~~February~~ March, 2009.

9

10

11                          _____

12                          The Ho[...]

13                                  IT IS SO ORDERED

14                                  Judge Vaughn R Walker

15

16

17

18

19

20

21

22

23

ORDER MODIFYING DATES - 2

DWT 1242616Iv1 0053052-600029

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700